IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WENDY CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-00801-ODS |
| | ) | |
| v. | ) | Judge Smith |
| | ) | |
| CLEAR DEBT SOLUTIONS d/b/a | ) | |
| CRED-X DEBT RECOVERY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, WENDY CLAYTON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,
**WENDY CLAYTON**

By: __s/ Joan M. Landmann__
Attorney for Plaintiff

1

Dated: December 6, 2010

Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th floor
Chicago, Illinois 60601
**Telephone:** (312) 222-9028 (x816)
**Facsimile:** (888) 418-1277
**E-mail:** jlandmann@smithlaw.us