IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WENDY CLAYTON,                          )
                                        )
                 Plaintiffs,            )
                                        )
vs.                                     )       Case No. 10-0801-CV-W-ODS
                                        )
CLEAR DEBT SOLUTIONS, d/b/a             )
 Cred-X Debt Recovery, LLC,             )
                                        )
                 Defendant.             )


ORDER DISMISSING CASE WITH PREJUDICE


        At Plaintiff's request, this case is dismissed prejudice.  Each party shall bear
costs as specified in the parties' settlement.


IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
DATE: December 7, 2010                   UNITED STATES DISTRICT COURT